J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>                    Plaintiff,<br>v.<br><br>Mitchell Reynolds and Does 1 through 10, inclusive,<br><br>                    Defendants. | Case No. C09-1088 SI<br><br>NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") hereby supplies this notice that it has reached an agreement on the principal terms necessary to settle Adobe's claims against Defendant Mitchell Reynolds ("Defendant"). The Parties are in the process of documenting the terms upon which they have agreed and will file appropriate closing documents, including a proposed permanent injunction, within the next four (4) weeks.

/ / /

/ / /

/ / /

Adobe v. Reynolds: Notice of Settlement            - 1 -

Accordingly, Plaintiff requests that all court dates, including the Case Management Conference set for June 19, 2009, be vacated.

Dated: June 11, 2009                    J. Andrew Coombs, A Professional Corp.

By: ___*Nicole L Drey*___
　　　J. Andrew Coombs
　　　Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: June ___, 2009

_____
Susan Illston
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On June 11, 2009, I served on the interested parties in this action with the:

- NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES

for the following civil action:

<u>Adobe Systems Incorporated v. M. Reynolds, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

```
Mitchell Reynolds
32585 Lynx Hollow Rd., Apt. B
Creswell, Oregon  97426
```

Place of Mailing: Glendale, California
Executed on June 11, 2009 at Glendale, California

*Nicole L. Drey*
Nicole L. Drey